UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETROLEUM MARKETING GROUP, INC., <br><br>      Plaintiff, <br><br>     v. <br><br> UNIVERSAL PROPERTY SERVICES, INC., MR3 LOGISTICS LLC, ORBIT FREIGHT LINES, LLC, and SHAMIKH KAZMI, <br><br>      Defendants. | CIVIL ACTION NO.: 22-2410 |
| PETROLEUM MARKETING GROUP, INC., <br><br>      Plaintiff, <br><br>     v. <br><br> SYED KAZMI, SHAMIKH KAZMI, UNIVERSAL PROPERTY SERVICES, INC., and UNIVERSAL GROUP COMPANY, INC. <br><br>      Defendants. | CIVIL ACTION NO.: 23-22418 |

## STIPULATED CONSOLIDATION ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

for all Parties, that the two above captioned cases (No. 22-2410 and No. 23-22418), which have

been marked as related, shall be consolidated for all pre-trial and trial proceedings.

/s/ *Frederick P. Santarelli*
FREDERICK P. SANTARELLI
L. ANTHONY SEBIA (admitted pro hac vice)
Elliott Greenleaf, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000
fpsantarelli@elliottgreenleaf.com
txs@elliottgreenleaf.com
*Counsel for Plaintiff*
*Petroleum Marketing Group, Inc*

/s/ *Steve M. Kalebic*
STEVE M. KALEBIC
Law Offices of Steve M. Kalebic, P.C.
167 Main Street
Hackensack, NJ 07601
(201) 853-1500
smk@kmlawgroup.com

JUSTIN HYEN SCHEIER
The Scheier Law Firm, LLC
500 Post Road East, Suite 263
Westport, CT 06880
(206) 568-3210
js@scheierlaw.com
*Counsel for Defendants*

Dated: April 19, 2024

**APPROVED AND SO ORDERED.**

Dated: 4/22/24

**BY THE COURT:**

Robert Kirsch
United States District Judge